# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. 1:13-cr-00374-AWI-BAM |
|      Plaintiff,     ) | |
|            ) | ORDER TO SET CHANGE OF PLEA HEARING |
|      v.        ) | |
|            ) | Date: 5/5/2014 at 10:00 a.m. |
| LEOPOLDO RODRIGUEZ,    ) | |
|      Defendant.        ) | |

Based on the stipulation between counsel, it is hereby ordered as follows:

That a change of plea hearing for LEOPOLDO RODRIGUEZ be set on May 5, 2014, at 10:00 a.m. before the Honorable Anthony W. Ishii, Senior District Judge of the Eastern District.   Time has previously been waived by defendant under the Speedy Trial Act pursuant to 18 U.S.C. 3161(h)(7)(A) and (B)(iv) until June 9, 2014.  Therefore no further waiver is need.

IT IS SO ORDERED.

Dated:   April 24, 2014                        _____

                            SENIOR  DISTRICT  JUDGE