KATHERINE HART #76715
Attorney at Law
1600 Fulton Street, Suite 120
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant LEOPOLDO RODRIGUEZ

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 13:374 AWI-BAM |
| Plaintiff, | ) | |
| | ) | ORDER TO SET NEW |
| v. | ) | SENTENCING HEARING DATE |
| | ) | Date: 9/8/2014 at 10:00 a.m. |
| LEOPOLDO RODRIGUEZ,, | ) | |
| Defendant. | ) | |

Based on the stipulation between counsel, it is hereby ordered as follows:

That the sentencing hearing for  LEOPOLDO RODRIGUEZ be set for

Monday, September 8, 2014 at 10:00 a.m. before the Honorable Anthony W. Ishii,

Judge of the Eastern District.

Time is waived by defendant under the Speedy Trial Act pursuant to 18

U.S.C. 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  June 27, 2014

_____

SENIOR  DISTRICT  JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28